IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIN M. WHITE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE BALDWIN SCHOOL, et al., | : | No. 12-4111 |
| Defendants. | : | |

## ORDER

AND NOW, this **17th** day of **October, 2012**, upon consideration of The Baldwin School's Motion to Dismiss Certain Claims in Plaintiff's Amended Complaint, Plaintiff's response thereto, and for the reasons given in this Court's Memorandum dated October 17, 2012, it is hereby **ORDERED** that:

1. Defendant's motion (Document No. 11) is **GRANTED**.

2. Counts five and six of Plaintiff's Amended Complaint are **DISMISSED**.

BY THE COURT:

*/s/ Berle M. Schiller*
**Berle M. Schiller, J.**